UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br><br>Defendant | Civil Action No. 1:08-cv-00614-CKK |

**PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING**

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On April 11, 2008, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

>   UNITED STATES POSTAL SERVICE
>   475 L'ENFANT PLZ SW
>   WASHINGTON DC 20260
>   Certified Mail No.:    7006 2760 0001 8843 8499

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   April 18, 2008

_____
Patricia Anne Dowling

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Daphne M Muse* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>*Daphne M Muse*  4/11/08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>UNITED STATES POSTAL SERVICE<br>475 L'ENFANT PLZ SW<br>WASHINGTON DC 20260 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 2760 0001 8843 8499 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEE W. JACKSON      25-403-07/15-164 070126-InitFilingCoverLTR.wpd 4/9/08
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

APR 11 2008

ATTACHMENT 1