# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE <br><br> Defendant | Civil Action No.1:08-cv-00614-CKK |

## PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On April 14, 2008, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

> CIVIL PROCESS CLERK AT
> OFFICE OF UNITED STATES ATTORNEY
> DISTRICT OF COLUMBIA
> 555 4TH ST NW
> WASHINGTON DC 20001
> Certified Mail No.:   7006 2760 0001 8843 8505

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 25, 2008

_____
Patricia Anne Dowling

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CIVIL PROCESS CLERK AT
   OFFICE OF UNITED STATES ATTORNEY
   DISTRICT OF COLUMBIA
   555 4TH ST NW
   WASHINGTON DC ██████

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APR 1 4 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7006 2760 0001 8843 8505

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEE W. JACKSON    25-403-07/15-164 070126-InitFilingCoverLTR.wpd 4/9/08
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

APR 18 2008

ATTACHMENT 1