## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN POSTAL WORKERS UNION, AFL-CIO | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.1:08-cv-00614-CKK |
| UNITED STATES POSTAL SERVICE | ) ) | |
| Defendant | ) ) ) | |

### PROOF OF SERVICE DECLARATION OF PATRICIA ANNE DOWLING

I, PATRICIA ANNE DOWLING, in lieu of an affidavit as permitted by 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

On April 14, 2008, the following party was served with the summons and complaint in this matter by Certified Mail, Return Receipt Requested:

> MICHAEL B. MUKASEY, ATTORNEY GENERAL
> UNITED STATES DEPARTMENT OF JUSTICE
> 950 PENNSYLVANIA AV NW
> WASHINGTON DC 20530-0001
> Certified Mail No.:    7006 2760 0001 8843 8512

A true copy of the signed Domestic Return Receipt is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date:   April 25, 2008

_____
Patricia Anne Dowling

IDER: *COMPLETE THIS SECTION*

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

MICHAEL B. MUKASEY, ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AV NW
WASHINGTON DC 20530-0001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____    ☐ Agent
                      ☐ Addressee

B. Received by ( *Printed Name)*    C. Date of Delivery
APR 1 4 2008

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*    7006 2760 0001 8843 8512

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees P·
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LEE W. JACKSON
O'DONNELL SCHWARTZ & ANDERSON PC
1300 L ST NW STE 1200
WASHINGTON DC 20005-4126

25-403-07/15-164 070126-InitFilingCoverLTR.

APR 1 3 2008

ATTACHMENT 1