UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN POSTAL WORKERS, UNION, AFL-CIO | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 08-0614 (CKK) ) |
| U.S. POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Benton Peterson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

BENTON G. PETERSON
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., 10th Floor
Washington, D.C. 20530
(202) 514 - 7238